# United States Court of Appeals
## For the First Circuit

No. 08-2440

WEAVER'S COVE ENERGY, LLC,

Plaintiff, Appellee,

v.

RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL; MICHAEL M. TIKOIAN, in his capacity as Chairman of the Rhode Island Coastal Resources Management Council; PAUL E. LEMONT, in his capacity as Vice Chairman of the Rhode Island Coastal Resources Management Council; THOMAS RICCI; DAVID ABEDON; DONALD GOMEZ; K. JOSEPH SHEKARCHI; NEIL GRAY; W. MICHAEL SULLIVAN; RAYMOND C. COIA; GERALD P. ZARRELLA; BRUCE DAWSON; in their capacities as Members of the Rhode Island Coastal Resources Management Council,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court issued on October 26, 2009, is amended as follows:

On page 4, line 13, delete the word "to" in the phrase "under the to NGA."